UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00100-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

8. OSCAR CEJA-MERAZ,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Change of Plea hearing set for Thursday, January 28, 2010, at 10:00 a.m. is **VACATED** and **RESET** to **Monday, December 21, 2009, at 11:00 a.m.**

      Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than **72 HOURS** before the hearing date.  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  December 7, 2009