IN THE UNITED STATES DISTRICT COURT
                              FOR THE DISTRICT OF COLORADO
                              CHIEF JUDGE WILEY Y. DANIEL

| Date: | March 16, 2010 | Probation: | Caryl Ricca |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Cathy Bahr |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **09-cr-00100-WYD**       Counsel:

UNITED STATES OF AMERICA,                   Matthew T. Kirsch

      Plaintiff,

v.

**8. OSCAR MANUEL MERAZ-CEJA**,             Robert S. Berger

      Defendant.

## SENTENCING

**10:11 a.m.**    Court in Session - Defendant present (in-custody)

              **Change of Plea Hearing - Monday, December 21, 2009, at 11:00 a.m.**
              **Plea of Guilty - one-count Information**

              APPEARANCES OF COUNSEL.

              Interpreter sworn (Spanish).

              Court's opening remarks.

10:14 a.m.    Statement on behalf of Defendant (Mr. Berger).

**ORDERED:**   Defendant's Motion for Non-guideline Sentence [doc. #291], filed February 25, 2010, is **GRANTED.**

10:15 a.m.    Statement on behalf of Government (Mr. Kirsch).

| | |
|---|---|
| 10:16 a.m. | Statement on behalf of Defendant (Mr. Berger). |
| 10:17 a.m. | Statement on behalf of Probation (Ms. Ricca). |
| **ORDERED:** | Defendant's Motion for Order to Show True Name of Defendant [doc. #290], filed February 25, 2010, is **GRANTED.** |
| 10:20 a.m. | Statement by Defendant on his own behalf (Mr. Ceja-Meraz). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion for Decrease for Acceptance of Responsibility [doc. #297], filed March 15, 2010, is **GRANTED.** |
| | Order Granting Decrease of Offense Level is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant be **imprisoned** for **36** months. |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not possess a firearm as defined in 18 U.S.C. § 921. |
| (X) | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |
| (X) | The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases as the defendant is likely to be deported. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

| | | |
|---|---|---|
| **ORDERED:** | | **Special Condition(s)** of **Supervised Release** are: |
| | (X) | If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return. |
| **ORDERED:** | | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | | Government's Motion to Dismiss the Indictment [doc. #298], filed March 15, 2010, is **GRANTED.** |
| | | Order Dismissing Indictment is **APPROVED BY THE COURT.** |

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the most appropriate facility within the state of Colorado so he may be close to his family.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:29 a.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :18**